1

2

3

4

5                                                                                              **O**

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11    G.R., a Minor, by and through Her Guardian          Case No.:  2:23-cv-00509-MEMF (AGRx)
      Mayra De La Cruz, Individually and on Behalf
12    of All Others Similarly Situated,                   **ORDER GRANTING STIPULATION TO
                                                          STAY PROCEEDINGS PENDING JPML
13                    Plaintiff,                          RULING [ECF NO. 19]**

14         v.

15    TIKTOK INC, et al.,

16                    Defendants.

17

18

19

20

21

22

23

24

25

26

27    / / /

28    / / /

1

The Court, having considered the parties' Joint Stipulation to Stay the Proceedings Pending Resolution of the JPML Proceedings (ECF No. 19), and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1.      All proceedings and deadlines, including but not limited to the requirement for any party to file a pleading, responsive pleading, or motion under Federal Rules of Civil Procedure 8, 9, or 12 shall be STAYED in this action pending further order of this Court.

2.      If the JPML issues an order transferring this action to a different court, the transferee court may lift the stay in its discretion. If the JPML issues an order deciding not to transfer this action to another court, the parties shall within 14 days of such decision submit a joint status report to this Court with a schedule for Defendants to respond to the Complaint.

3.      The parties reserve all other rights, including but not limited to, any Defendant's ability to object to issues related to service and/or jurisdiction.

IT IS SO ORDERED.

Dated:  March 1, 2023

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge

2